NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

05-1344


GEORGE A. THARP

VERSUS

STATE OF LOUISIANA, ET AL.


\*\*\*\*\*\*\*\*\*\*


APPEAL FROM THE
THIRTY-FIFTH JUDICIAL DISTRICT COURT
PARISH OF GRANT, NO. 13093
HONORABLE ALLEN A. KRAKE, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*


OSWALD A. DECUIR
JUDGE

\*\*\*\*\*\*\*\*\*\*


Court composed of John D. Saunders, Oswald A. Decuir, and Billy Howard Ezell, Judges.


AFFIRMED.


James E. Calhoun
Assistant Attorney General
P. O. Box 1710
Alexandria, LA 71309
(318) 487-5944
Counsel for Defendants/Appellants:
        State of Louisiana
        Eugene S. Compton

Steven W. Harris
Harris Law Firm
P. O. Box 13701
Alexandria, LA 71315-3701
(318) 487-1978
Counsel for Plaintiff/Appellee:
        George A. Tharp